UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED IN OPEN COURT
ON 4/18/12
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

vs.

Case No: 7:11-CR-41-1H

VINCENT EDWARD NORTHINGTON

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on April 18, 2012 be turned over to Special Agent Chris Speers, ATF to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 1 | Louis Vuitton book bag |
| 2 | Star 9 mm pistol |
| 3 | Smith & Wesson 357 |
| 4 | Bag containing crack cocaine |
| 5 | Bag of marijuana |
| 6 | Bag of small baggies |
| 7 | Digital scales |
| 8 | Crown Royal bags |
| 9 | Jail letter addressed to "G-Money" |
| 10 | .38 round ammunition |
| 11 | Samsung flip-style cell phone |
| 12 | Samsung slide-style cell phone |
| 13 | Virgin Mobile cell phone |

This 18th day of April, 2012.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____